In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-105 CV


 ______________________


 

JOHN WIEDER, Appellant



V.



WILLIE MAE ELMORE, IN HER CAPACITY AS PRESIDENT


OF PORT ARTHUR INDEPENDENT SCHOOL DISTRICT BOARD, Appellee






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-172673






MEMORANDUM OPINION


 John Wieder sued Willie Mae Elmore in her capacity as President of the Board of
Trustees for the Port Arthur Independent School District. The trial court dismissed the suit
for lack of jurisdiction. Wieder filed a notice of appeal but failed to file a brief. We notified
the parties that the appeal would be submitted without oral argument. See Tex. R. App. P.
39.9. In the absence of a brief assigning error, we dismiss the appeal for want of prosecution. 
See Tex. R. App. P. 38.8(a)(1).

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice


Submitted on February 6, 2008

Opinion Delivered February 14, 2008


Before McKeithen, C.J., Gaultney and Kreger, JJ.